IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL JONES,<br><br>　　　　Plaintiff,<br><br>-vs.-<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, BNSF RAILWAY COMPANY, A Delaware Corporation, NORBY, INC., a Montana Corporation, and THE ESTATE OF ROCKY NORBY,<br><br>　　　　Defendants. | Cause No. CV-23-00015-BMM<br><br>Hon. Brian M. Morris<br><br>**ORDER GRANTING NORBY DEFENDANTS' UNOPPOSED MOTION TO STAY** |

Pursuant to the unopposed motion filed by the Norby Defendants to stay this matter pending the scheduled mediation, there being no objection from Plaintiffs, and good cause appearing therefor,

IT IS HEREBY ORDERED that this civil matter as it relates to the claims made by Plaintiff Jones against Norby, Inc., and the Estate of Rocky Norby (Norby Defendants) is stayed up to and including June 1, 2023 pending the parties' attempts at formal mediation and resolution.

IT IS FURTHER ORDERED that if the parties are unsuccessful in negotiating a settlement, the Norby Defendants shall file their Answer to the Complaint and shall file a written status report with the Court on or before June 15, 2023 advising the court that mediation was unsuccessful and requesting that the Court issue its order setting a preliminary pretrial conference and establishing preliminary pleadings deadlines.

DATED this 16th day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court